## HIRAM DUFFUNY, RESPONDENT, *v.* SAMUEL FURGESON, APPELLANT.

*Sale of legacy — Fraudulent concealment — when an action may be maintained for.*

The defendant, the assignee of a legacy, sold the same to the plaintiff, representing to him at the time that the estate of the testator was amply sufficient for the payment thereof. The personal estate was insufficient, but the whole estate, both real and personal, was more than sufficient to pay the legacy. At the time of the sale the defendant had been informed by one of the executors that an action was about to be commenced to have it judicially determined whether or not the legacy was a charge upon the real estate, it being considered doubtful whether it was so chargeable. This fact the defendant fraudulently concealed from the plaintiff. The latter only received about one-fifth of his legacy, it being decided that the same was not a charge upon the real estate. *Held,* that the defendant was liable for the remainder of the legacy.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Geo. N. Kennedy,* for appellant. *D. Pratt,* for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.